# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

Terry Hubbard

               Plaintiff,

v.

Hossain Uddin Sikder et al

               Defendants.

Case No.  CV 17-03703-AB (PJWx)

ORDER DISMISSING CIVIL ACTION

      THE COURT having been advised that the above-entitled action has been settled;

      IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  September 7, 2017       _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE